UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORDAN DAVID KNIPPLING,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT FRAKES,<br><br>    Respondent. | CASE NO. C10-5599BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 21). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's motions for default judgment (Dkts. 16, 17 & 19) are **DENIED**.

DATED this 10th day of March, 2011.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER