# United States District Court

WESTERN DISTRICT OF WASHINGTON

JORDAN DAVIE KNIPPLING

JUDGMENT IN A CIVIL CASE

v.

SCOTT FRAKES

CASE NUMBER: C10-5599BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

Knippling's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice.**

March 21, 2011                                                BRUCE RIFKIN
Date                                                                 Clerk

                                                                     *s/CM Gonzalez*
                                                                     Deputy Clerk